UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 18cr10073 |
| ) |  |
| v. ) | VIOLATIONS: |
| ) |  |
| HARRY S. RICHARD, ) | 26 U.S.C. §7206(1) |
| Defendant. ) | (Filing a False Tax Return) |

## INFORMATION

The United States Attorney charges that:

1. At all times material to this Information, the defendant, HARRY S. RICHARD ("RICHARD"), was a resident of Massachusetts.

2. At all times material to this Information, RICHARD was the manager and owner of Geo. H. Richard & Son Roofing Company LLC ("Richard & Son Roofing"). Richard & Son Roofing is a roofing contractor business located in Milton, Massachusetts.

3. For tax years 2010 through 2013, Richard & Son Roofing's gross receipts and expenses were reported on Internal Revenue Service ("IRS") Schedule C (Profit or Loss from Business), as part of RICHARD's IRS Form 1040 (U.S. Individual Income Tax Return).

4. For the tax years 2010 through 2013, RICHARD employed a tax preparer to prepare his Form 1040, including the Schedule C. RICHARD supplied to the tax preparer what RICHARD represented was the total amount of gross receipts and expenses for Richard & Son Roofing.

5. From at least 2010 and continuing until at least the end of 2013, RICHARD underreported the gross receipts and expenses of Richard & Son Roofing, in order to improperly reduce the federal income taxes that he owed.

6. RICHARD did so by diverting to his personal bank accounts some of the checks paid by customers of Richard & Son Roofing for business services. RICHARD used the funds diverted to his personal bank accounts for both personal and business expenses. RICHARD failed to report to his tax preparer the checks given to him for Richard & Son Roofing business services that he diverted to his personal bank accounts.

7. For tax years 2010 through 2013, RICHARD reported the following gross receipts on his Schedule C for Richard & Son Roofing:

| Year | Amount |
|---|---|
| 2010 | $118,391.00 |
| 2011 | $122,605.00 |
| 2012 | $129,446.00 |
| 2013 | $133,692.00 |

8. For tax years 2010 through 2013, RICHARD failed to report to his tax preparer or on his Schedule C the following additional gross receipts which he received and deposited to his personal bank accounts:

| Year | Amount |
|---|---|
| 2010 | $647,270.00 |
| 2011 | $747,320.00 |
| 2012 | $473,308.00 |
| 2013 | $315,230.00 |

9. In total, during tax years 2010 through 2013, RICHARD failed to report gross receipts of approximately $2,183,128, as well as business expenses of approximately $1,055,100. RICHARD thereby underreported his income in an amount of approximately $1,128,028, and avoided the payment of approximately $353,246 in federal income taxes.

## COUNT ONE
### (26 U.S.C. §7206(1) – Filing a False Tax Return)

10. The United States Attorney re-alleges and incorporates by reference paragraphs 1-9 of this Information, and further charges that:

11. On or about April 30, 2012, in the District of Massachusetts,

**HARRY S. RICHARD,**

defendant herein, did willfully make and subscribe a U.S. Individual Income Tax Return, Form 1040, for tax year 2011, which was verified by a written declaration that it was made under the penalties of perjury and was filed with the Internal Revenue Service, which return defendant did not believe to be true and correct as to every material matter in that said Return stated $122,605 at Line 1d of Schedule C (Profit or Loss from Business), when in fact the correct amount was at least $869,925 during that year.

All in violation of Title 26, United States Code, Section 7206(1).

ANDREW E. LELLING
United States Attorney

By: *[signature]*
MARK J. BALTHAZARD
Assistant U.S. Attorney

Dated: *March 28*, 2018