≋JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                                  **U.S. District Court - District of Massachusetts**

**Place of Offense:**         **Category No.** III         **Investigating Agency** IRS

**City** Milton               **Related Case Information:**     18CR10073

**County** Norfolk            Superseding Ind./ Inf. _____ Case No. _____
                              Same Defendant _____ New Defendant X
                              Magistrate Judge Case Number _____
                              Search Warrant Case Number _____
                              R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   HARRY S. RICHARD            Juvenile:   ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name   _____

Address   (City & State) Milton, MA

Birth date (Yr only): 1950   SSN (last4#): 0564   Sex M   Race: _____   Nationality: US

**Defense Counsel if known:**   Scott Lauer         Address   Federal Defender's Office

**Bar Number**   _____                                    51 Sleeper St., Boston, MA 02210

**U.S. Attorney Information:**

AUSA   Mark J. Balthazard         Bar Number if applicable   544463

Interpreter:   ☐ Yes  ☑ No   List language and/or dialect: _____

Victims:   ☐ Yes  ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☐ No

Matter to be SEALED:   ☐ Yes  ☑ No

☐ Warrant Requested     ☑ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date**   _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☑ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☑ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
    accurately set forth above.

Date: 3/28/18         Signature of AUSA: _____